**Order filed February 24, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-21-00589-CV**
_____

**SYLVIA  COOKE, Appellant**

**V.**

**RACHEL  BAIER, Appellee**

**On Appeal from County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0087510**

## O R D E R

Appellant's brief was due December 30, 2022**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 11, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.